UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 5:16-cv-00126-RWS-CMC

Name of party requesting extension: The Coca-Cola Company

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 9/12/2016

Number of days requested:   ☐ 30 days
☐ 15 days
✓ Other  14  days

New Deadline Date:  10/17/2016  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Vicki L. Gillette
State Bar No.: 08957325
Firm Name: Littler Mendelson, P.C.
Address: 2001 Ross Avenue
Suite 1500
Dallas, TX 75201
Phone: 214-880-8100
Fax:   214-880-0181
Email: vgillette@littler.com

A certificate of conference does not need to be filed with this unopposed application.