IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CHRISTOPHER L. ARMSTRONG, | § |
| Plaintiff, | § |
| vs. | § C.A. NO. 5:16-CV-00126-RWS-CMC |
| THE COCA-COLA COMPANY, | § |
| Defendant. | § |

## JOINT MOTION TO STAY PENDING ARBITRATION

Plaintiff Christopher L. Armstrong and Defendant Coca-Cola Refreshments USA, Inc.[1] ("CCR") request that the Court stay the proceedings in this action pending the completion of arbitration. The grounds for this motion are as follows:

1. Armstrong alleges employment-related claims against CCR, his former employer, under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* as amended by the Civil Rights Act of 1991 and 42 U.S.C. § 1981.

2. During his employment, Armstrong agreed to submit any employment-related disputes he may have with CCR to binding arbitration.

3. Armstrong's claims fall within the scope of CCR's arbitration agreement.

4. The parties have agreed to submit their disputes concerning Armstrong's employment with CCR to binding arbitration and have agreed to move for a stay of these proceedings pending that arbitration.

---

[1] Plaintiff has improperly named "The Coca-Cola Company" as his employer and the Defendant in this case. Plaintiff was employed by Coca-Cola Refreshments USA, Inc. Therefore, references to "Defendant" throughout shall mean Coca-Cola Refreshments USA, Inc.

The parties therefore request that the Court enter an order staying this matter pending the conclusion of arbitration.

Dated October 13, 2016.

Respectfully submitted,

| | |
|---|---|
| */s/ Jane Legler Byrne (w/permission)* | */s/ Saba H. Alvi* |
| Jane Legler Byrne (Attorney-in-Charge) | Vicki L. Gillette (Attorney-in-Charge) |
| State Bar No. 03565820 | State Bar No. 08957325 |
| Christine Neill | Saba H. Alvi |
| State Bar No. 00796793 | State Bar No. 24082324 |
| | |
| NEILL & BYRNE, PLLC | LITTLER MENDELSON. |
| 3141 Hood Street, Suite 660 | A Professional Corporation |
| Dallas, TX 75219 | 2001 Ross Avenue |
| 214.748.7777 | Suite 1500, Lock Box 116 |
| 214.748.7778 (Facsimile) | Dallas, TX 75201-2931 |
| jleglerbyrne@neillbyrnelaw.com | 214.880.8100 |
| cneill@neillbyrnelaw.com | 214.880.0181 (Facsimile) |
| | vgillette@littler.com |
| | salvi@littler.com |
| Attorneys for Plaintiff | |
| Christopher L. Armstrong | Attorneys for Defendant |
| | Coca-Cola Refreshments USA, Inc. |

143306434.1