IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER L. ARMSTRONG, | § § § | |
| Plaintiff, | § § | C.A. NO. 5:16-CV-00126-RWS-CMC |
| vs. | § § | |
| THE COCA-COLA COMPANY, | § § | |
| Defendant. | § § | |

**<u>ORDER GRANTING JOINT MOTION
TO STAY PENDING ARBITRATION</u>**

The Court, having considered the parties' Joint Motion to Stay Pending Arbitration, and for good cause shown, GRANTS the parties' Joint Motion to Stay Pending Arbitration.

IT IS HEREBY ORDERED that the parties' Joint Motion is GRANTED. The Court further ORDERS that this case be STAYED pending resolution of Plaintiff's claims through binding arbitration.