IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CHRISTOPHER L. ARMSTRONG,<br><br>Plaintiff,<br><br>vs.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant. | § § § § § § § § § § § § §    C.A. NO. 5:16-CV-00126-RWS-CMC |

## ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is the Parties' Joint Motion to Dismiss with Prejudice. After reviewing the Motion, the Court hereby **DISMISSES** this matter with prejudice. Each party is to bear their own costs of Court.

The Clerk of the Court is directed to close the case.

**SIGNED this 18th day of April, 2018.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE